| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Charles Patrick Brennan, *et al.*, §
§
        Plaintiffs, §
§
*versus* §    Civil Action H-16-3488
§
Powder City, LLC, §
§
        Defendant. §

## Management Order

1. By March 31, 2017, Charles Patrick Brennan, Mary Brennan, and the Estate of Colby Patrick Brennan will give Powder City, LLC:

    A. Colby Brennan's demographic background;

    B. Education history;

    C. Chronology of employment;

    D. A list of every sport he ever played;

    E. A list of every medical treatment he ever received, including the physician's name, specialty, location, when he was treated, and for what.

2. The parties will subpoena Colby Brennan's medical records from his treating physicians.

3. By March 31, 3017, Powder City will give the Brennans:

    A. A one-page summary of its business;

B.   Scientific data about Tianeptine;

    C.   Information about reported deaths, including their frequency;

    D.   Records of Colby Brennan's order history;

    E.   A description of the drug's packaging.

4.  By April 4, 2017, the parties will jointly report their status.

    Signed on February 21, 2017, at Houston, Texas.

					_____
					Lynn N. Hughes
					United States District Judge