UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES PATRICK BRENNAN AND MARY BRENNAN, INDIVIDUALLY, AND AS HEIRS AT LAW TO THE ESTATE OF COLBY PATRICK BRENNAN, DECEASED, <br><br> VS. <br><br> POWDER CITY, LLC. | § § § § § § § § § § <br><br> CA NO. 4:16-cv-03488 |

## ORDER GRANTING PLAINTIFFS' RULE 39 *UNOPPOSED* MOTION FOR A JURY TRIAL ON ALL ISSUES

The Court has considered and grants Plaintiff's *Unopposed* Motion for a Jury Trial.

Therefore, all liability and damages issues in this case will be tried to a jury.

**SIGNED** on this _____ day of _____, 2017.

_____
**LYNN N. HUGHES**
**UNITED STATES DISTRICT JUDGE**