UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 28, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Charles Patrick Brennan, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| *versus* § | Civil Action H-16-3488 |
| § | |
| Powder City, LLC, § | |
| § | |
| Defendant. § | |

## Order on Jury Trial

This case will be tried before a jury. (11)

Signed on February 27, 2017, at Houston, Texas.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　United States District Judge