UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 05, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Charles Patrick Brennan, et al., § § § Plaintiffs, § § versus § § Powder City, LLC, § § Defendant. § § | Civil Action H-16-3488 |

# Discovery Order

1. By April 14, 2017, Power City, LLC, will give Charles Patrick Brennan:

    A. Information it had about Tianeptine before it began marketing and selling the drug;

    B. Information it had about Tianeptine as of July 1, 2015;

    C. All non-protected records and correspondence involving customer complaints;

    D. Records about Powder City's ability to legally market and sell Tianeptine as of July 1, 2015;

    E. A summary of Tianeptine's regulatory scheme; and

    F. All notices, warnings, and correspondence from the Food and Drug Administration to Powder City pertaining to its marketing and selling nootropics.

2.  By April 20, 2017, the parties must jointly report their status.

Signed on April 5, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge