| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
April 20, 2017
David J. Bradley, Clerk

Charles Patrick Brennan, *et al.*, §
§
    Plaintiffs, §
§
versus § Civil Action H-16-3488
§
Powder City, LLC, §
§
    Defendant. §

## Order Extending Deadline

By April 24, 2017, the parties must jointly report their status. (17)

Signed on April 19, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge