UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2017
David J. Bradley, Clerk

Charles Brennan, et al. §
§
versus §   Civil Action 4: 16-3488
§
Powder City §
§

## Conference Memorandum

Counsel: Steven Couch

Garrett Willig

Representing: B. Brennan

D. Powder City

Date: May 9, 2017
Started: 11:02 am

Reporter: F. Warner
Ended: 11:21 am

At the conference, these rulings were made:

_____

☑ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2017.
☐ A hearing is set for: _____ on _____, 2017.
☐ Trial preparation to be completed by: _____, 2017.
☐ A trial is set for: _____ on _____, 2017.
    ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2017.
☑ Internal review deadline     June 12, 2017.

Lynn N. Hughes
United States District Judge