UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Charles Patrick Brennan, et al., | § § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-16-3488 |
| Powder City, LLC, | § § § | |
| Defendant. | § | |

## Management Order

1. By May 24, 2017, Charles Patrick Brennan will give Powder City, LLC:

    A. All information requested by Powder City in the April 24, 2017, status report; and

    B. Colby Brennan's social security records.

2. Powder City may subpoena Colby Brennan's records – medical, mental, physical, psychological, psychiatric – with a 10-day return.

3. By June 7, 2017, Powder City will report what next steps it thinks should be taken in this case.

4. By June 9, 2017, Charles Patrick Brennan will report what next steps he thinks should be taken in this case.

Signed on May 9, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge