IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES PATRICK BRENNAN AND MARY BRENNAN, INDIVIDUALLY, AND HAS HEIRS AT LAW TO THE ESTATE OF COLBY PATRICK BRENNAN DECEASED, <br> *Plaintiffs*, <br><br> v. <br><br> POWDER CITY, LLC. <br> *Defendant*. | § § § § § § § § § § § § § | CASE NO. 4:16-cv-03488 |

**JOINT AND AGREED MOTION TO EXTEND DEADLINE
TO RESPOND TO JULY 13, 2017 ORDER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE LYNN HUGHES:

Plaintiffs Charles Patrick Brennan and Mary Brennan ("Plaintiffs") and Defendant Powder City, LLC ("Defendant") files this Joint and Agreed Motion of Extension of Time to Respond to the Court's July 13, 2017 Order, *insofar as Defendant's document requests and Plaintiffs' objections thereto, if any*, and would respectfully show as follows:

1. Pertinent to this Motion, on July 13, 2017, the Court entered an Order for Defendant to submit document requests and Plaintiffs objections, if any, by July 19, 2017. [Doc. 24].

2458693v.1
2458693v.1

2. Counsel for the parties need additional time to discuss the requests toward whether an agreement can be reached, and if not, to afford Plaintiffs' counsel a reasonable time to provide/submit objections.

3. Based on the foregoing, the parties jointly request a brief extension from **July 19, 2017 to July 24, 2017** to submit Defendant's additional document requests, with Plaintiffs' objections, if any.

WHEREFORE, Plaintiffs and Defendant respectfully request that the deadline for the parties to respond to the Court's July 13, 2017 Order, *insofar as Defendant's document requests and Plaintiffs' objections, if any*, be extended to July 24, 2017, and the parties confirm that this request is not made for the purpose of delay.

Respectfully Submitted,

By:   */s/ Steve E. Couch*
      **STEVE E. COUCH**
      Federal I.D. No. 12298
      State Bar No. 04875650
      scouch@ksklawyers.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS CHARLES PATRICK BRENNAN AND MARY BRENNAN, INDIVIDUALLY, AND AS HEIRS AT LAW TO THE ESTATE OF COLBY PATRICK BRENNAN, DECEASED**

**OF COUNSEL:**
**KELLY, SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas   77056
713-595-6000 - Telephone
713-595-6001 –  Facsimile

                    and

By   /s/ John R. Shepperd
    John Shepperd
    Texas Bar No. 18236050
    John.shepperd@wilsonelser.com
    Michael Jacobellis
    Texas Bar No. 10515100
    Michael.jacobellis@wilsonelser.com
    Garett Willig
    Texas Bar No. 24066297
    Garett.willig@wilsonelser.com

**ATTORNEY-IN-CHARGE FOR**
**DEFENDANT POWDER CITY, LLC**

**OF COUNSEL:**
**WILSON, ELSER, MOSKOWITZ, EDELMAN**
**& DICKER LLP**
909 Fannin Street, Suite 3300
Houston, Texas 77010
(713) 353-2000 Telephone
(713) 785-7780 Facsimile

2458693v.1
2458693v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion has been served on all parties in conformance with the Federal Rules of Civil Procedure and/or local rules of the Southern District of Texas on this 19th day of July, 2017.

/s/ Garett A. Willig
Garett A. Willig